**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUDITH L. TEIFELD, <br> on behalf of herself and a class, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 17-cv-4072 |
| vs. | ) <br> ) | |
| | ) | Honorable Judge Sharon Coleman |
| DYNAMIC RECOVERY SOLUTIONS, LLC <br> and CROWN ASSET MANAGEMENT, LLC | ) <br> ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| Defendants, | ) <br> ) <br> ) | |

**PLAINTIFF'S MOTION TO ENTER AND CONTINUE**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Judith Teifeld, on behalf of herself and a class, respectfully requests that her motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

In support of this motion, plaintiff states as follows:

1.     On May 30, 2017, plaintiff filed her complaint and motion for class certification and noticed her motion for class certification for June 6, 2016 before the Honorable Judge Sharon J. Coleman.

2.     As stated in the motion for class certification, plaintiff filed her motion for class certification at this early stage in the litigation to avoid having her claims on behalf of the class mooted by a tender by defendants of the total amount she is seeking individually.

3.     Defendants Dynamic Recovery Solutions, LLC and Crown Asset Management, LLC, have not yet been served with either the complaint or the motion for class certification, and accordingly, have not yet appeared.

WHEREFORE, plaintiff respectfully requests that her motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

Respectfully submitted,


s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on May 30, 2017, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, and shall cause to be served, as soon as service may be effectuated, a true and accurate copy of such filing in the following manners:

Dynamic Recovery Solutions, LLC
135 Interstate Boulevard, Suite 6
Greenville, SC 29615

Crown Asset Management, LLC
c/o Registered Agent Solutions Inc.
901 S. Second Street, Suite 201
Springfield, IL 62704

s/Cassandra P. Miller
Cassandra P. Miller