AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Judith L. Teifeld, on behalf of plaintiff and a class

V.

Dynamic Recovery Solutions, LLC; and Crown Asset Management, LLC,

CASE NUMBER: 17-cv-4072

ASSIGNED JUDGE: Honorable Sharon J. Coleman

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey Cole

TO: (Name and address of Defendant)

Dynamic Recovery Solutions, LLC
135 Interstate Boulevard, Suite 6,
Greenville, South Carolina 29615

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

May 31, 2017
DATE

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Illinois

Case Number: 17-CV-4072

Plaintiff/Petitioner:
**JUDITH L. TEIFELD, ON BEHALF OF PLAINTIFF AND A CLASS**

vs.

Defendant/Respondent:
**DYNAMIC RECOVERY SOLUTIONS, LLC., et al.**

Received by EDELMAN COMBS LATTURNER & GOODWIN, LLC to be served on **Dynamic Recovery Solutions, LLC., 135 Interstate Boulevard, Suite 6, Greenville, SC 29615.**

I, PERRY THOMAS, being duly sworn, depose and say that on the **14th day of June, 2017** at **11:35 am**, I:

Served the within named with a true copy of the **Summons in a Civil Case; and Complaint-Class Action** by leaving with Laura Trotter, Administrative Assistant at **135 Interstate Boulevard, Suite 6, Greenville, SC 29615**.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 130, Hair: Brown, Glasses: N

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the 19 day of June, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC    12/22/26

Jack Thomas
SC Notary
Expires 12/22/2026

PERRY THOMAS
Process Server

EDELMAN COMBS LATTURNER & GOODWIN, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
(312) 917-4520

Our Job Serial Number: HAT-2017009357

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d