# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Judith L. Teifeld
                          Plaintiff,

v.
                                              Case No.: 1:17−cv−04072

                                              Honorable Sharon Johnson Coleman

Dynamic Recovery Solutions, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2019:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Final approval hearing set for 2/27/2019 is stricken. All matters related to the settlement agreement have been resolved. Enter Final Approval Order. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.